**Appeal Dismissed and Memorandum Opinion filed March 16, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00217-CR

### WALTER PENDLETON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law**
**Waller County, Texas**
**Trial Court Cause No. CC18-624**

## MEMORANDUM OPINION

The record reflects this is an attempted appeal from a judgment where the fine imposed does not exceed $100, exclusive of costs. *See* Tex. Code Crim. Proc. art. 4.03. Appellant does not challenge the constitutionality of the statute or ordinance on which the conviction was based. *Id*.; *see also Alexander v. State*, 240 S.W.3d 72, 75 (Tex. App.—Austin 2007, no pet.) (citing *Ex parte Brand*, 822 S.W.2d 636, 638 n. 3 (Tex. Crim. App. 1992)).

On February 10, 2021, this court notified the parties that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.

Do Not Publish — Tex. R. App. P. 47.2(b)